PETTY OFFENSE MINUTE SHEET
HARRISONBURG DIVISION

**Case:** 5:21po31   **Date:** 3/16/2021

**Defendant:** Gi S. Moon, present by Zoom   **Counsel:** Erin Trodden, AFPD

**Judge:** Joel C. Hoppe, USMJ

**Deputy Clerk:** Karen Dotson, Zoom   **Time in court:** 5 min.

**AUSA:** Sean Welsh and Marc Petrine (3d year law student)

**Ranger:** King

**USPO:** Jason Jones

- [x] Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
- [ ] Defendant waives counsel; advises court wishes to proceed today without counsel.
- [x] Defendant requests appointment of counsel.   [x] Court grants request for appointment
- [x] Defendant moves for continuance. Court trial continued to 4/13/21 @ 9:00.
- [ ] Plea agreement reached.
- [ ] Defendant sworn, questioned and advised of rights on plea of guilty. Government proffers/presents evidence to support plea and rests.
- [ ] Court trial held.
- [ ] Government presents evidence regarding sentencing and rests.
- [ ] Defendant presents evidence regarding sentencing and rests.

| OFFENSE/COUNT CHARGED | PLEA | FINDINGS/SENTENCE |
|---|---|---|
|  |  | Fine: $     SA: $     days to pay |
|  |  | Fine: $     SA: $     days to pay |
|  |  | Fine: $     SA: $     days to pay |
|  |  | Fine $     SA: $     days to pay |

- [ ] Government moves for detention.
- [ ] Government does not oppose bond.
- [ ] Detention/Bond Hearing held.
- [ ] Defendant released on bond. Bond set at $_____
- [ ] Appeal rights stated by the court
- [ ] 18 USC § 3607

Additional information: