PETTY OFFENSE MINUTE SHEET
HARRISONBURG DIVISION

**Case:** 5:21po 31  **Date:** 4/13/21

**Defendant:** Gi S. Moon  **Counsel:** Andrea Harris, afpd

**Judge:** Joel C. Hoppe, USMJ

**Deputy Clerk:** Karen Dotson, Zoom  **Time in court:** 9:51 - 10:23 = 32 min.

**AUSA:** Kate Rumsey + Marc Petrine

**Ranger:** King

**USPO:** Brittany Warren

☐ Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
☐ Defendant waives counsel; advises court wishes to proceed today without counsel.
☐ Defendant requests appointment of counsel.   ☐ Court grants request for appointment
☐ Defendant moves for continuance. Court trial continued to _____.
☐ Plea agreement reached.
☐ Defendant sworn, questioned and advised of rights on plea of guilty. Government proffers/presents evidence to support plea and rests.
☑ Court trial held.
☐ Government presents evidence regarding sentencing and rests.
☐ Defendant presents evidence regarding sentencing and rests.

| OFFENSE/COUNT CHARGED | PLEA | FINDINGS/SENTENCE |
|---|---|---|
| Camping over 21 days | | Dismissed<br>Fine: $   SA: $   days to pay |
| | | Fine: $   SA: $   days to pay |
| | | Fine: $   SA: $   days to pay |
| | | Fine $   SA: $   days to pay |

☐ Government moves for detention.
☐ Government does not oppose bond.
☐ Detention/Bond Hearing held.
☐ Defendant released on bond. Bond set at $_____
☐ Appeal rights stated by the court
☐ 18 USC § 3607

Additional information:
- Gov't calls witness, Officer King, presents order as exhibit, admitted
- Argument
- Court dismisses