# UNITED STATES DISTRICT COURT
## Western District of Virginia

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For a Petty Offense) |
| Gi S. Moon | CASE NUMBER: DVAW521po000031-001 |
| | CASE NUMBER: |
| | USM NUMBER: |
| | |
| | Andrea Harris, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ THE DEFENDANT pleaded   ☐ guilty   ☐ nolo contendere to count(s) _____

☐ THE DEFENDANT was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| | | | |

The defendant is sentenced as provided in pages 2 through _____ of this judgment.

☒ THE DEFENDANT was found not guilty on count(s)   1

☒ Count(s)   1   is   dismissed per Judgment of Acquittal entered at the conclusion of government's ca

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:   n/a | 4/13/21 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth:   1962 | |
| Defendant's Residence Address: | *(signature)* |
| | Signature of Judge |
| Falls Church, VA 22046 | |
| | Joel C. Hoppe, United States Magistrate Judge |
| | Name and Title of Judge |
| | |
| | 4/16/21 |
| | Date |
| Defendant's Mailing Address: | |
| Falls Church, VA 22046 | |